| | |
|---|---|
| DISTRICT COURT, CITY & COUNTY OF DENVER<br>STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| KRISTAL CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>The **CITY AND COUNTY OF DENVER**, a municipality.<br>Officer **RICKY NIXON**, in his individual and official capacity.<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff<br>Qusair Mohamedbhai, # 35390<br>Siddhartha H. Rathod, # 38883<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO 80202<br>(303) 571-1000 (phone)<br>(303) 571-1001 (fax)<br>qmohamedbhai@kln-law.com<br>srathod@kln-law.com | Case No.: 2011CV4801<br><br>Courtroom 280 |

## WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

I, Brian Reynolds, hereby certify that I am counsel for Defendant Ricky Nixon, in his individual capacity, and I accept service of the Complaint and Jury Demand, dated July 7, 2011, Summons, and Delay Reduction Order, in the above captioned litigation, in lieu of personal service on the Defendant.

DATED this 2nd day of ~~August~~ Sept. 2011.

Bruno, Colin, Jewell & Lowe, P.C.

_____
Brian R. Reynolds
Bruno, Colin, Jewell & Lowe, P.C.
1999 Broadway, #3100



EXHIBIT D

Denver, CO 80202
(303) 831-1099 phone
(303) 831-1088 fax
breynolds@bcjlpc.com